IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,** | C.A. No. 7:25-cv-129 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **BUMBLE INC.,** | **PATENT CASE** |
| Defendant. | |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Rothschild Patent Imaging LLC files this Original Complaint for Patent Infringement against Bumble Inc. and would respectfully show the Court as follows:

## I.  THE PARTIES

1.      Plaintiff Rothschild Patent Imaging LLC ("RPI" or "Plaintiff") is a Texas limited liability company having an address at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

2.      On information and belief, Defendant Bumble Inc. ("Bumble" or "Defendant") is a Delaware corporation with a regular and established place of business at 1105 West 41st Street, Austin, TX 78756.  Defendant has a registered agent at CT Corporation, 1209 Orange Street, City of Wilmington, County of New Castle, Delaware 19801.

## II.  JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, Title 35 of the United States Code.  This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4.      On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Texas Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein at 1105 West 41st Street, Austin, TX 78756.

5.      Without limitation, on information and belief, Defendant has derived revenues from its infringing acts occurring within Texas.  Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Texas.  Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Texas. Defendant has committed such purposeful acts and/or transactions in Texas such that it reasonably should know and expect that it could be sued in this Court as a consequence of such activity.

6.      Venue is proper in this District under 28 U.S.C. § 1400(b). On information and belief, Defendant has a regular and established place of business in Texas and in this District at 1105 West 41st Street, Austin, TX 78756.  On information and belief, from and within this District, Defendant has committed acts of infringement, including at least a portion of the infringements at issue in this case.

7.      For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

### III.  COUNT I
### (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 8,798,544)

8.      Plaintiff incorporates the above paragraphs herein by reference.

9.     On August 5, 2014, United States Patent No. 8,798,544 ("the '544 Patent") was duly and legally issued by the United States Patent and Trademark Office. A true and correct copy of the '544 Patent is attached hereto as Exhibit A and incorporated herein by reference.

10.     RPI is the assignee of all right, title, and interest in the '544 patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '544 Patent. Accordingly, RPI possesses the exclusive right and standing to prosecute the present action for infringement of the '544 Patent by Defendant.

11.     The '544 Patent relates to the field of systems and methods for enabling social interactive wireless communication between at least two mobile devices, for example, upon disposition of the wireless devices in a physical and/or geographic proximity to one another. (Ex. A at 1:22-26). Mobile devices were typically used for email, web browsing, text messaging, and/or task management. (*Id.* at 1:28-33). The mobile devices also would typically have locational software and/or mechanisms such as GPS to estimate or locate a particular device's location. (*Id,* at 1:33-36).

12.     In addition, online social networking via social networking websites such as Facebook, Twitter, and LinkedIn, and dating websites such as eHarmony and Match.com continue to evolve and affect many individuals and entities. (*Id.* at 1:37-42). Within these social networking sites, individuals are associated with a variety of contacts and/or friends within the websites, but the website lack any current physical or geographic proximity. (*Id.* at 1:42-48). The connections within these websites would be more beneficial when individuals on the social networking website are advised when they are in a physical and/or geographic proximity to one or more friends or contacts and are able to communicate therein with their respective mobile devices. (*Id.*). For example, with social networking and dating websites, it would be beneficia to local certain

prospective dating and/or social matches who are disposed in a physically proximate location with the individual to facilitate and introduction and communication therebetween. (*Id.* at 1:48-53). Accordingly, there was a need in the art of mobile technology for a system and method of synchronizing or affiliating one or more mobile devices with an interactive social network and enabling social interactive wireless communication therebetween upon disposition of the mobile devices in a physical and/or geographic proximity to one another.

13.    **Direct Infringement.** Upon information and belief, Defendant has been directly infringing and continues to infringe claim 17 of the '544 Patent in Texas, this District. and elsewhere in the United States. As shown below, Defendant's use and testing of its Bumble app and website performs the claimed method and infringes claim 17.

14.    Upon information and belief, Defendant through its Bumble mobile app and website perform a method executed by a first mobile device having a first interactive pairing criterion associated therewith.  For example, Defendant provides the Bumble mobile app and website, which can be accessed on various devices, including smartphones, laptops, and tablets. Bumble utilizes personal characteristics and preferences (*e.g.*, age, sex, sexual preference, interests) ("first interactive pairing criterion") to connect users (including the first and second users) with potential matches in their vicinity. For example, Bumble identifies profiles based on the user's geographic location that match personal characteristics on their device.

# What is Bumble?

Last updated 45 months ago  (Cecily)

**Why Bumble was created**

Bumble is a platform for connection -- not just for those looking for their honey on Date mode, but those seeking new friendships on Bumble BFF, or looking for a new business mentor on Bumble Bizz too. Bumble is a great way to find the people in your area that may just bring the energy you're looking for!

(https://us1.bumble.com/en-us/help/what-is--bumble).1

# Information

Seller
Bumble Holding Limited

Compatibility
**iPhone**
Requires iOS 15.0 or later.

**iPod touch**
Requires iOS 15.0 or later.

Copyright
Copyright © 2024 Bumble Trading Inc.

(https://apps.apple.com/us/app/bumble-dating-app-meet-date/id930441707).

---

[1] Red annotations on the images in this Complaint are added unless otherwise noted.

| Version | Updated on |
|---|---|
| 5.406.0 | Feb 21, 2025 |
| **Requires Android** | Downloads |
| 7.1 and up | 50,000,000+ downloads |
| In-app purchases | Content rating |
| ₹9.00 - ₹25,100.00 per item | Rated for 18+ Learn more |
| Permissions | Interactive elements |
| View details | Users Interact, Shares Location, In-App Purchases |
| Released on | Offered by |
| Oct 1, 2018 | Bumble Holding Limited |

(https://play.google.com/store/apps/details?id=com.bumble.app&referrer=af_tranid%3Dq-oUf4SBVDXO0EbTeEQtyg%26pid%3Dgoogleplayhomepage).



# 1. REGISTRATION INFORMATION

When you download the App and create a Bumble account, we collect certain information about you to help enhance the App and verify the people using it. This can include:

- Name
- Username
- Gender identity
- Location
- Email address
- Date, time and location of birth
- Photographs
- Mobile number
- Login information for social media accounts you connect to your Account, like Facebook or Instagram
- Sexual preference

After you register, you can change this information at any time through your account. You are responsible for making sure your account details are kept up to date, particularly if your phone number changes.

(https://bumble.com/privacy-policy/en-us).

# What are Basic filters and Advanced Filters?

Last updated 4 months ago  (May)

Filters help you curate who shows up in your 'People' tab, making your Bumble experience even better. Here's how they work:

**Basic filters:**

You can choose filters to see the people you'd most like to connect with. These filters include age, distance, if their profile is verified, languages they speak, and interests. You can change these at any time by going to Basic filters.

**Advanced Filters:**

Advanced Filters are part of Bumble Premium, and subscribers can choose an unlimited number of them. Just remember, you can only select a filter if you've added this information to your profile (e.g., if you haven't shown your stance on smoking, you can't filter for non-smokers).

Each of our three modes (Date, BFF, and Bizz) have unique filter options. So whether a date, a new friend, or a business connection, you can find exactly what you're looking for.

**How to set Advanced Filters:**

1. Head to 'People'.
2. Tap the filters icon in the top right corner.
3. Select the 'Advanced Filters' tab.
4. Choose the filters you're interested in applying.

Remember: The more filters you apply, the less people you're likely to see in the People tab, and Liked You tab (for Premium subscribers). If things seem a little quiet, try adjusting your filters to see more people.

(https://bumble.com/help/what-are-filters-and-advanced-filters).

Help  >  Bumble 101  >  How does Bumble work?

# How does the distance filter work?

Last updated 3 months ago  (May)

You can choose to see people between 1 and 100+ miles, or 161+ kilometers away (depending on your location). You also have the option to see people further away if you run out of people within your preferred distance. You'll see profiles closest to you first. But if you set the filter to the maximum distance, you can't opt out of seeing people further away. That means we'll show you to people who are 100 or more miles away (161 or more kilometers away).

(https://us1.bumble.com/en-us/help/how-does-the-distance-filter-work).

# The distance filter is shown below:



(https://us1.bumble.com/en-us/help/how-does-the-distance-filter-work).

15. On information and belief, Bumble performs and/or induces others to perform the step of issuing, upon a second mobile device, associated with a second user, having a second interactive pairing criterion being geographically positioned within a predetermined geographic distance from the first mobile device, associated with a first user, an automatic query to determine whether the first interactive pairing criterion and the second interactive pairing criterion at least partially coincide with one another. For example, when the first user searches for nearby profiles within a specific radius using the geolocation functionality, a request is transmitted to server through the website/application running on the first user's mobile device. Consequently, the server processes the request, utilizing other users' profile data (including second users) such as personal characteristics and preferences (*e.g.*, age, sex, sexual preference, interests) ("second interactive pairing criterion"), and real-time location, to recommend potential matches to the first user. Therefore, upon information and belief, a query is automatically issued upon the second user's mobile device if the second user is located within the specified radius ("being geographically positioned within a predetermined geographic distance from the first mobile device, associated with a first user") and the second user's preferences align with those of the first user ("first interactive pairing criterion and the second interactive pairing criterion at least partially coincide with one another").

# What are Basic filters and Advanced Filters?

Last updated 4 months ago  (May)

Filters help you curate who shows up in your 'People' tab, making your Bumble experience even better. Here's how they work:

**Basic filters:**

You can choose filters to see the people you'd most like to connect with. These filters include age, distance, if their profile is verified, languages they speak, and interests. You can change these at any time by going to Basic filters.

**Advanced Filters:**

Advanced Filters are part of Bumble Premium, and subscribers can choose an unlimited number of them. Just remember, you can only select a filter if you've added this information to your profile (e.g., if you haven't shown your stance on smoking, you can't filter for non-smokers).

Each of our three modes (Date, BFF, and Bizz) have unique filter options. So whether a date, a new friend, or a business connection, you can find exactly what you're looking for.

**How to set Advanced Filters:**

1.    Head to 'People'.
2.    Tap the filters icon in the top right corner.
3.    Select the 'Advanced Filters' tab.
4.    Choose the filters you're interested in applying.

Remember: The more filters you apply, the less people you're likely to see in the People tab, and Liked You tab (for Premium subscribers). If things seem a little quiet, try adjusting your filters to see more people.

(https://bumble.com/help/what-are-filters-and-advanced-filters).

10



First mobile device

first interactive pairing criterion

([https://us1.bumble.com/en-us/help/how-does-the-distance-filter-work](https://us1.bumble.com/en-us/help/how-does-the-distance-filter-work)).

Bumble uses your location to connect you with potential matches so there isn't a way to hide your location while actively using the app. However, there are a couple of sharing options to choose from:

second interactive pairing criterion

1.  If you choose "While using the app," we'll only update your location while the app is running in the foreground.
2.  If you choose "Always," we'll also update your location while the app is running in the background. That means if you navigate away from the app, we will still be updating your location even if you're not currently using Bumble.

Remember, if you're looking to take a break from Bumble and don't want to delete your profile, you can activate Snooze Mode which will hide your location while you take a break!

([https://us1.bumble.com/en-us/help/can-i-hide-my-location-on-bumble](https://us1.bumble.com/en-us/help/can-i-hide-my-location-on-bumble)).

<span style="color:red">second interactive pairing criterion</span>

Bumble is a popular dating app that allows users to connect and communicate with potential matches. Like many other location-based apps, Bumble uses your device's GPS functionality to provide relevant matches based on your proximity to other users. However, there is a common question among Bumble users: Does the app update your location in the background if you haven't actively used it for a few days? In this article, we will explore how Bumble tracks location and whether it continues to update in the background.

(https://trangotech.com/blog/bumble-location-update-mechanics-2/).

⊕ Help  >  Bumble 101  >  Profile & Account Settings

# How do I enable location services for Bumble on my Android?

Last updated 43 months ago  (Cecily)

To enable location services for Bumble on an Android device, follow these steps:

1. Open your device settings

2. Scroll down and select "Personal"

3. Find the "Location Services" icon

4. Toggle the option from "off" to "on" Bumble will only access your location when you have the app open.

(https://us1.bumble.com/en-us/help/how-do-i-enable-location-services-for-bumble-on-my-android).

12

# WHAT DO WE COLLECT?

You Make the First Move by using the Bumble App or Sites, which is when we collect some information about you. While enjoying our App and Sites, you can also choose to share information with people you connect with, such as other members or your friends and contacts.

We are responsible for taking care of all the personal information we collect and you share with us. According to the General Data Protection Regulation ("GDPR") of 27 April 2016 and other applicable personal data laws, we are the data "controller" for all personal information collected and processed through our App and Sites.



## What you'll find in this section

1. Registration Information

2. Linked Social Media Information

3. Profile Verification Information (including biometric information)

4. Purchase Information

5. Geolocation Information

6. Device Information

7. Photo Information

8. Link Information

9. Bumble Success Stories, Surveys, and Other Contributions Information

(https://bumble.com/privacy-policy/en-us).

# 5. GEOLOCATION INFORMATION

If you give Bumble access to your location in your device settings, we will collect information about your location when you use your mobile device. We do this to personalise your App experience and make it easier for you to make connections and interact with others.

This can include information about WiFi access points and your longitude/latitude, and we can save your device's coordinates to offer certain features to you.

For example, by enabling your general location information to appear to people seeing your profile and show you the profiles of people who are near you.

(https://bumble.com/privacy-policy/en-us).

16.      On information and believe, Defendant performs and/or induces others to perform the step of downloading, upon a determination that the first interactive pairing criterion and the second interactive pairing criterion at least partially coincide with one another, a digital media file associated with the second mobile device, wherein both the first user and the second user are associated with a same social networking website.  For example, Bumble ("social networking website") utilizes geolocation to connect users ("the first user and the second user") with potential matches in their vicinity. When the first user uses the geolocation feature to search for nearby individuals, Bumble recommends profiles as potential matches ("upon a determination that the first interactive pairing criterion and the second interactive pairing criterion at least partially coincide with one another") on the first user's mobile device. These suggested profiles include details such as age, profile information, preferences, and photos ("downloading a digital media file associated with the second mobile device").

14



# WE'RE NOT JUST FOR DATING

  

### Meet someone with Bumble Date

Find someone you actually want to date, then go ahead and Make the First Move. Make genuine connections, vibe over what you both love, and most importantly, have fun.

### Find new friends on Bumble For Friends

Meet someone like you. Or unlike you. Make new friends and find new things to do together—whether you're home or away.

Make
with E

Find friend
other busi
job, a ment

the first user and the second user are associated with a same social networking website

(https://us1.bumble.com/en-US/).



## WHAT DO WE COLLECT?

You Make the First Move by using the Bumble App or Sites, which is when we collect some information about you. While enjoying our App and Sites, you can also choose to share information with people you connect with, such as other members or your friends and contacts.

We are responsible for taking care of all the personal information we collect and you share with us. According to the General Data Protection Regulation ("GDPR") of 27 April 2016 and other applicable personal data laws, we are the data "controller" for all personal information collected and processed through our App and Sites.

### What you'll find in this section

1. Registration Information

2. Linked Social Media Information

3. Profile Verification Information (including biometric information)

4. Purchase Information

5. Geolocation Information

6. Device Information

7. Photo Information

8. Link Information

9. Bumble Success Stories, Surveys, and Other Contributions Information

(https://bumble.com/privacy-policy/en-us).

# 5. GEOLOCATION INFORMATION

If you give Bumble access to your location in your device settings, we will collect information about your location when you use your mobile device. We do this to personalise your App experience and make it easier for you to make connections and interact with others.

This can include information about WiFi access points and your longitude/latitude, and we can save your device's coordinates to offer certain features to you.

For example, by enabling your general location information to appear to people seeing your profile and show you the profiles of people who are near you.

(https://bumble.com/privacy-policy/en-us).

Bumble is a popular dating app that allows users to connect and communicate with potential matches. Like many other location-based apps, Bumble uses your device's GPS functionality to provide relevant matches based on your proximity to other users. However, there is a common question among Bumble users: Does the app update your location in the background if you haven't actively used it for a few days? In this article, we will explore how Bumble tracks location and whether it continues to update in the background.

(https://trangotech.com/blog/bumble-location-update-mechanics-2/).



nearby people profiles

(https://apps.apple.com/us/app/bumble-dating-app-meet-date/id930441707).

17.    **Induced Infringement.** Upon information and belief, Defendant has been and now

is inducing infringement of claim 17 of the '544 patent in the State of Texas, in this District, and

elsewhere in the United States, by providing the Bumble app and website for download and usages

on mobile devices for use by by Defendant's customers to perform a method that infringes claim

17 as described above.  (*Supra* ¶¶14-16).  At least as of the filing of this lawsuit and service of the

Complaint, Defendant has had knowledge of the '544 Patent, knowledge that the use of the Bumble

app and website on mobile devices infringed claim 17 of the '544 Patent, and that this use of the

Bumble app on mobile devices in the manner described above by its customers constituted direct

patent infringement.  Despite this knowledge of infringement of claim 17 of the '544 patent, Defendant continued to encourage and induce its customers to use the Bumble app and website on mobile devices by providing the Bumble app and website to its customers with instructions (as described above) for use in a manner that infringed claim 17 of the '544 patent.  Through maintenance and operation of the Bumble app and website, when Defendant's customers use the Bumble app and website on mobile devices in the manner described above, Defendant is and has been committing the act of inducing infringement by specifically intending to induce infringement by providing the Bumble app and website to its customers and by aiding and abetting its use in a manner known by Defendant to infringe claim 17 of the '544 Patent.  Specifically, Defendant provides the Bumble app for download for free onto its customer's mobile devices knowing that its customers will use the app and website to perform the claimed method as described above. (*Supra* ¶¶14-16).

18.     Defendant also provides the Bumble app and instructs its customers to install the Bumble app on the customer's mobile phone, laptop, or tablet ("first mobile device" and "second mobile device"), how to input criterion for matching (*e.g.*, age, sex, sexual preference, interests) ("first interactive criterion" and "second interactive criterion"), and how to set up a geographic preference criterion ("being geographically positioned within a predetermined geographic distance from the first mobile device, associated with a first user") so the Bumble app recommends potential matches between Bumble app users within real-time geographic locations and downloading a digital media file associated with the second mobile device ("downloading, upon a determination that the first interactive pairing criterion and the second interactive pairing criterion at least partially coincide with one another, a digital media file associated with the second mobile device"). (*Supra* ¶¶14-16).  Defendant therefore knowingly induced infringement and specifically intended

to encourage and induce the infringement of claim 17 of the '544 patent by its customers. Even where performance of the steps required to infringe claim 17 of the '544 Patent is accomplished by Defendant and Defendant's customer jointly, Defendant's actions have solely caused each of the steps to be performed.

19.     Plaintiff has been damaged as a result of Defendant's infringing conduct. Defendant is thus liable to Plaintiff for damages in an amount that adequately compensates Plaintiff for such infringement of the '544 Patent, *i.e.*, in an amount that by law cannot be less than would constitute a reasonable royalty for the use of the patented technology, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

20.     On information and belief, Defendant will continue its infringement unless enjoined by the Court. Each and all of the Defendant's infringing conduct thus causes Plaintiff irreparable harm and will continue to cause such harm without the issuance of an injunction.

21.     The claims of the '544 Patent are method claims to which the marking requirements are not applicable. Plaintiff has therefore complied with the marking statute.

## IV.  <u>JURY DEMAND</u>

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## V.  <u>PRAYER FOR RELIEF</u>

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a.     Judgment that claim 17 of United States Patent No. 8,798,544 has been infringed directly and indirectly, either literally and/or under the doctrine of equivalents, by Defendant;

b.     Judgment that Defendant account for and pay to Plaintiff all damages to and costs incurred by Plaintiff because of Defendant's infringing activities and other conduct

complained of herein, and an accounting of all infringements and damages not presented at trial;

c.     That Defendant be permanently enjoined from any further activity or conduct that infringes;

d.     That Plaintiff be granted pre-judgment and post-judgment interest on the damages caused by Defendant's infringing activities and other conduct complained of herein; and

e.     That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

March 18, 2025                          Respectfully Submitted,

                                        /s/David R. Bennett
                                        David R. Bennett (IL Bar No.: 6244214)
                                        DIRECTION IP LAW
                                        P.O. Box 14184
                                        Chicago, Illinois 60614-0184
                                        Telephone: (312) 291-1667
                                        dbennett@directionip.com

                                        *Attorneys for Rothschild Patent Imaging LLC*