# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **ROTHSCHILD PATENT IMAGING LLC,** | C.A. No. 7:25-cv-129 |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| **BUMBLE INC.,** | **PATENT CASE** |
| Defendant. | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Rothschild Patent Imaging LLC states that its parent company is Patent Asset Management, LLC (a Florida LLC) and that there is no publicly held corporation owning ten percent or more of its stock.

March 18, 2025

Respecfully Submitted,

 */s/ David R. Bennett*
David R. Bennett (IL Bar No.: 6244214)
DIRECTION IP LAW
P.O. Box 14184
Chicago, Illinois 60614-0184
Telephone: (312) 291-1667
dbennett@directionip.com

*Attorneys for Rothschild Patent Imaging LLC*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2025, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

> */s/ David R. Bennett*
> David R. Bennett